UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS G. DESPART,

    Plaintiff,

v.                                                 Case No: 2:17-cv-354-FtM-99MRM

RICK SCOTT, MIKE CAROL, JERRY
BOYAL and DONALD SAWYER,

    Defendants.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court upon the periodic review of the file. On June 23, 2017, this Court issued a standing order explaining that a *pro se* plaintiff held in confinement has thirty days from the date the action is initiated to either pay the filing fee or move for leave to proceed *in forma pauperis* (IFP). (Doc. #4). As the Order stated, under Local Rule 1.03(e) (M.D. Fla. 2010), the case is subject to dismissal *sua sponte* if the filing fee is not paid or the application is not filed within thirty days of commencement of the action.

Plaintiff did timely move the Court for leave to proceed IFP, which was granted on July 28, 2017. At that time Plaintiff was assessed a $14.00 filing fee. More than thirty

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

days have passed since the Plaintiff was assessed the $14.00 filing fee and to date Plaintiff has failed to pay. Since Plaintiff has failed to pay the filing fee within thirty days of the assessment, this action is due to be dismissed under the terms of the Court's Order and Local Rule 1.03(e).

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Complaint ([Doc. #1](Doc. #1)) is hereby **DISMISSED** without prejudice for the reasons stated herein.

2. The Clerk of the Court shall enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of September, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record